# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kocoras, Charles P. | U.S. District Court, Northern District of Illinois | 08/29/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Court Judge - Senior Status | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

219 South Dearborn Street
Chambers 2560
Chicago, IL 60604

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Visitors | The John Marshall Law School |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kocoras, Charles P. | 08/29/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | Law Bulletin Publishing Co. Book Royalties | $557.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Fireside Realty - Real Estate Sales |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kocoras, Charles P. | 08/29/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kocoras, Charles P. | 08/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America - Checking | | None | K | T | | | | | |
| 2. Bank of America - Savings | A | Interest | L | T | | | | | |
| 3. MB Bank | | None | J | T | | | | | |
| 4. Merrill Lynch account: | | | | | | | | | |
| 5. Merrill Lynch Bank Money Market Account | F | Interest | L | T | Open | 11/30/18 | L | | |
| 6. Abbvie Inc SHS | A | Dividend | J | T | | | | | |
| 7. Abbvie Inc SHS | A | Dividend | | | Buy | 03/09/18 | J | | |
| 8. | | | | | Sold | 10/25/18 | J | | |
| 9. Air Products & Chemicals | A | Dividend | J | T | Buy | 03/09/18 | J | | |
| 10. Astrazeneca AZN | A | Dividend | | | Sold | 10/25/18 | J | A | |
| 11. AT&T | A | Dividend | J | T | Sold (part) | 03/09/18 | J | | |
| 12. American Electric Power Co. AEP | A | Dividend | J | T | Sold (part) | 01/22/18 | J | A | |
| 13. American Electric Power Co. AEP | A | Dividend | J | T | Sold (part) | 06/07/18 | J | A | |
| 14. American Electric Power Co. AEP | A | Dividend | J | T | Sold (part) | 10/25/18 | J | A | |
| 15. AMGEN Inc COM | A | Dividend | J | T | Buy | 01/22/18 | J | | |
| 16. BB&T Corp | A | Dividend | J | T | Buy | 06/07/18 | J | | |
| 17. BIF Money Fund | F | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kocoras, Charles P. | 08/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Boeing Co. | A | Dividend | J | T | | | | | |
| 19. Boeing Co. | B | Dividend | | | Buy | 01/22/18 | J | | |
| 20. | | | | | Sold | 10/25/18 | J | A | |
| 21. Carnival Corp Paired SHS SAA CCL | A | Dividend | J | T | | | | | |
| 22. Chevron Corp | A | Dividend | J | T | Buy | 10/25/18 | J | | |
| 23. CME Group Inc | A | Dividend | J | T | Sold (part) | 01/22/18 | J | A | |
| 24. CME Group Inc | A | Dividend | J | T | Sold (part) | 03/09/18 | J | A | |
| 25. CME Group Inc | A | Dividend | J | T | Sold (part) | 06/07/18 | J | A | |
| 26. CME Group Inc | A | Dividend | J | T | Sold (part) | 10/25/18 | J | A | |
| 27. Cisco Systems Inc COM | A | Dividend | J | T | Buy | 01/22/18 | J | | |
| 28. Coca Cola Co. COM | A | Dividend | J | T | Sold (part) | 01/22/18 | J | A | |
| 29. Coca Cola Co. COM | A | Dividend | J | T | Sold (part) | 10/25/18 | J | A | |
| 30. Coca Cola Co. KO | A | Dividend | J | T | | | | | |
| 31. Crown Castle Reit Inc | A | Dividend | | | Buy | 03/09/18 | J | | |
| 32. | | | | | Sold | 10/25/18 | J | | |
| 33. Dominion Energy Inc | A | Dividend | J | T | Sold (part) | 01/22/18 | J | A | |
| 34. Dominion Energy Inc | B | Dividend | J | T | Sold (part) | 03/09/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kocoras, Charles P. | 08/29/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Dominion Energy Inc | B | Dividend | J | T | Sold (part) | 03/19/18 | J | | |
| 36. Dominion Energy Inc | B | Dividend | J | T | Sold (part) | 03/19/18 | J | | |
| 37. Digital Rlty Tr Inc | A | Dividend | J | T | Sold (part) | 01/22/18 | J | A | |
| 38. Digital Rlty Tr Inc | A | Dividend | J | T | Sold (part) | 06/07/18 | J | A | |
| 39. Digital Rlty Tr Inc | A | Dividend | J | T | Sold (part) | 10/25/18 | J | A | |
| 40. Duke Energy Corp NEW | A | Dividend | J | T | Buy | 10/25/18 | J | | |
| 41. Exxon Mobil Corp COM | A | Dividend | J | T | Buy | 06/07/18 | J | | |
| 42. Exelon Corp | A | Dividend | J | T | | | | | |
| 43. Exelon Corp. | A | Dividend | | | Buy | 06/07/18 | J | | |
| 44. | | | | | Sold | 10/25/18 | J | A | |
| 45. Emerson Elec. Co. | A | Dividend | J | T | Sold (part) | 06/07/18 | J | A | |
| 46. The Goldman Sachs Group | D | Dividend | J | T | Buy | 10/25/18 | J | | |
| 47. General Motors Co. | B | Dividend | J | T | Sold (part) | 10/25/18 | J | | |
| 48. General Motors Co. | B | Dividend | J | T | Sold (part) | 01/22/18 | J | | |
| 49. General Motors Co. | B | Dividend | J | T | Sold (part) | 06/07/18 | J | | |
| 50. HSBC Hldg PLC SP ADR | B | Dividend | | | Sold | 10/25/18 | J | | |
| 51. Illinois Tool Works Inc. | B | Dividend | | | Buy | 03/09/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kocoras, Charles P. | 08/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | J | T | Sold (part) | 10/25/18 | J | | |
| 53. Illinois Tool Works Inc. | A | Dividend | | | Buy | 06/07/18 | J | | |
| 54. | | | J | T | Sold (part) | 10/25/18 | J | | |
| 55. Intel Corp | B | Dividend | J | T | Sold (part) | 10/25/18 | J | | |
| 56. Intel Corp | B | Dividend | J | T | Sold (part) | 01/22/18 | J | A | |
| 57. Intel Corp | B | Dividend | J | T | Sold (part) | 03/09/18 | J | A | |
| 58. Intel Corp | A | Dividend | J | T | Sold (part) | 03/09/18 | J | A | |
| 59. Intel Corp | A | Dividend | J | T | Sold (part) | 06/07/18 | J | A | |
| 60. Inel Corp | B | Dividend | J | T | Sold (part) | 10/25/18 | J | A | |
| 61. International Business Machines Corp IBM | A | Dividend | J | T | Sold (part) | 01/22/18 | J | A | |
| 62. International Business Machines Corp IBM | B | Dividend | J | T | Sold (part) | 10/25/18 | J | | |
| 63. International Business Machines Corp IBM | A | Dividend | J | T | Sold (part) | 10/25/18 | J | | |
| 64. International Business Machines Corp IBM | A | Dividend | | | Buy | 03/09/18 | J | | |
| 65. | | | | | Sold | 10/25/18 | J | | |
| 66. International Business Machines Corp IBM | A | Dividend | | | Buy | 06/07/18 | J | | |
| 67. | | | | | Sold | 10/25/18 | J | | |
| 68. JP Morgan Chase & Co. | A | Dividend | J | T | Sold (part) | 01/22/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. JP Morgan Chase & Co. | A | Dividend | J | T | Sold (part) | 03/09/18 | J | A | |
| 70. Johnson and Johnson COM | A | Dividend | J | T | Buy | 10/25/18 | J | | |
| 71. Kraft (THE) Heinz Co. SHS | B | Dividend | J | T | Sold (part) | 06/07/18 | J | | |
| 72. Kraft (THE) Heinz Co. SHS | A | Dividend | J | T | Sold (part) | 06/07/18 | J | | |
| 73. Kraft (THE) Heinz Co. SHS | A | Dividend | | | Buy | 01/22/18 | J | | |
| 74. | | | | | Sold | 06/07/18 | J | | |
| 75. Kraft (THE) Heinz Co. SHS | A | Dividend | | | Buy | 03/09/18 | J | | |
| 76. | | | | | Sold | 06/07/18 | J | | |
| 77. Kimberly Clark | B | Dividend | J | T | Sold (part) | 01/22/18 | J | A | |
| 78. Kimberly Clark | B | Dividend | J | T | Sold (part) | 03/09/18 | J | | |
| 79. Kimberly Clark | A | Dividend | J | T | Sold (part) | 06/07/18 | J | | |
| 80. Kimberly Clark | A | Dividend | J | T | Sold (part) | 06/07/18 | J | | |
| 81. Lockheed Martin Corp | A | Dividend | J | T | Sold (part) | 01/22/18 | J | A | |
| 82. Lockheed Martin Corp | A | Dividend | J | T | Sold (part) | 03/09/18 | J | A | |
| 83. Lockheed Martin Corp | B | Dividend | J | T | Sold (part) | 10/25/18 | J | A | |
| 84. Metlife Inc COM | B | Dividend | J | T | Sold (part) | 01/22/18 | J | A | |
| 85. Metlife Inc COM | B | Dividend | J | T | Sold (part) | 03/09/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kocoras, Charles P. | 08/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Metlife Inc COM | A | Dividend | J | T | Sold (part) | 03/09/18 | J | A | |
| 87. Metlife Inc COM | A | Dividend | J | T | Sold (part) | 03/09/18 | J | A | |
| 88. McDonalds Corp COM | B | Dividend | J | T | Sold (part) | 01/22/18 | J | A | |
| 89. McDonalds Corp COM | A | Dividend | J | T | Sold (part) | 03/09/18 | J | A | |
| 90. McDonalds Corp COM | A | Dividend | J | T | Sold (part) | 06/07/18 | J | A | |
| 91. McDonalds Corp COM | A | Dividend | J | T | Sold (part) | 10/25/18 | J | A | |
| 92. Merck and Co. Inc SHS | A | Dividend | | | Buy | 01/22/18 | J | | |
| 93. | | | | | Sold | 06/07/18 | J | A | |
| 94. Occidental Pete Corp CAL | A | Dividend | J | T | Sold (part) | 01/22/18 | J | A | |
| 95. Occidental Pete Corp CAL | B | Dividend | J | T | Sold (part) | 03/09/18 | J | | |
| 96. Occidental Pete Corp CAL | B | Dividend | J | T | Sold (part) | 03/09/18 | J | | |
| 97. Paccar Inc | A | Dividend | J | T | Sold (part) | 01/22/18 | J | A | |
| 98. Paccar Inc | B | Dividend | J | T | Sold (part) | 03/09/18 | J | A | |
| 99. Paccar Inc | B | Dividend | J | T | Sold (part) | 03/09/18 | J | A | |
| 100. PPL Corp | A | Dividend | J | T | | | | | |
| 101. Philip Morris International Inc | B | Dividend | J | T | Sold (part) | 01/22/18 | J | A | |
| 102. Philip Morris International Inc | A | Dividend | J | T | Sold (part) | 03/09/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kocoras, Charles P. | 08/29/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Philip Morris International Inc | B | Dividend | J | T | Sold (part) | 06/07/18 | J | | |
| 104. Philip Morris International Inc | A | Dividend | J | T | Sold (part) | 06/07/18 | J | | |
| 105. Philip Morris International Inc | A | Dividend | J | T | Sold (part) | 06/07/18 | J | | |
| 106. Philip Morris International Inc | A | Dividend | J | T | Sold (part) | 06/07/18 | J | | |
| 107. Philip Morris International Inc | B | Dividend | J | T | Sold (part) | 06/07/18 | J | | |
| 108. Pfizer Inc | A | Dividend | J | T | Sold (part) | 01/22/18 | J | A | |
| 109. Pfizer Inc | A | Dividend | J | T | Sold (part) | 03/09/18 | J | A | |
| 110. Pfizer Inc | A | Dividend | J | T | Sold (part) | 06/07/18 | J | A | |
| 111. Pfizer Inc | A | Dividend | J | T | Sold (part) | 10/25/18 | J | A | |
| 112. Procter & Gamble Co. | A | Dividend | J | T | Sold (part) | 01/22/18 | J | A | |
| 113. Procter & Gamble Co. | B | Dividend | J | T | Sold (part) | 06/07/18 | J | | |
| 114. Procter & Gamble Co. | A | Dividend | J | T | Sold (part) | 06/07/18 | J | | |
| 115. Procter & Gamble Co. | A | Dividend | | | Buy | 03/09/18 | J | | |
| 116. | | | | | Sold | 06/07/18 | J | | |
| 117. Royal Dutch Shell PLC Spons ADR B | A | Dividend | | | Sold | 10/25/18 | J | A | |
| 118. Simon Property Group DEL REIT | A | Dividend | J | T | Buy | 06/07/18 | J | | |
| 119. Spectra Energy Corp SEP | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kocoras, Charles P. | 08/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. Sysco Corp | A | Dividend | J | T | Buy | 06/07/18 | J | | |
| 121. Target Corp COM | A | Dividend | | | Buy | 01/22/18 | J | | |
| 122. Target Corp COM | A | Dividend | J | T | Sold (part) | 06/07/18 | J | A | |
| 123. Texas Instruments | A | Dividend | J | T | Sold (part) | 06/07/18 | J | A | |
| 124. Texas Instruments | B | Dividend | J | T | Sold (part) | 10/25/18 | J | | |
| 125. Texas Instruments | A | Dividend | J | T | Sold (part) | 10/25/18 | J | | |
| 126. Texas Instruments | A | Dividend | J | T | Sold (part) | 10/25/18 | J | | |
| 127. Toronto Dominion Bank | A | Dividend | J | T | Sold (part) | 01/22/18 | J | A | |
| 128. Toronto Dominion Bank | A | Dividend | J | T | Sold (part) | 03/09/18 | J | A | |
| 129. Toronto Dominion Bank | A | Dividend | J | T | Sold (part) | 06/07/18 | J | A | |
| 130. Transcanada Corp | B | Dividend | J | T | Sold (part) | 06/07/18 | J | | |
| 131. Transcanada Corp | A | Dividend | | | Buy | 01/22/18 | J | | |
| 132. | | | | | Sold | 06/07/18 | J | | |
| 133. Transcanada Corp | A | Dividend | | | Buy | 03/09/18 | J | | |
| 134. | | | | | Sold | 06/07/18 | J | | |
| 135. United Techs Corp COM | B | Dividend | J | T | Sold (part) | 10/25/18 | J | A | |
| 136. Ventas Inc REIT | A | Dividend | J | T | Sold (part) | 01/22/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kocoras, Charles P. | 08/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  Ventas Inc. REIT | B | Dividend | J | T | Sold (part) | 03/09/18 | J | | |
| 138.  Ventas Inc REIT | A | Dividend | J | T | Sold (part) | 03/09/18 | J | | |
| 139.  Verizon Communications COM | A | Dividend | J | T | Sold (part) | 06/07/18 | J | | |
| 140.  Verizon Communications COM | A | Dividend | J | T | Sold (part) | 10/25/18 | J | A | |
| 141.  Vodafone Group PLC SHS | B | Dividend | | | Sold | 10/25/18 | J | | |
| 142.  Wells Fargo Co. | B | Dividend | J | T | | | | | |
| 143.  Wells Fargo & Co. NEW DEL | A | Dividend | J | T | Buy | 10/25/18 | J | | |
| 144. | | | | | | | | | |
| 145. | | | | | | | | | |
| 146. | | | | | | | | | |
| 147. | | | | | | | | | |
| 148. | | | | | | | | | |
| 149. | | | | | | | | | |
| 150. | | | | | | | | | |
| 151. | | | | | | | | | |
| 152. | | | | | | | | | |
| 153. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Kocoras, Charles P. | 08/29/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII.  INVESTMENTS and TRUSTS

| A | B(1) | B(2) | C(1) | C(2) | D(1) | D(2) | D(3) |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Line 17: BIF Money Fund | G | Dividend | M | T | Open | 11/11/16 | M |
| Line 45: Emerson Elec. Co. | B | Dividend | J | T | Buy | 6/8/17 | J |
| Line 46: The Goldman Sachs Group | E | Dividend | K | T | Buy | 2/7/17 | K |
| Line 135: United Techs Corp COM | B | Dividend | J | T | Buy | 10/30/17 | J |
| Line 141: Vodafone Group PLC SHS | B | Dividend | J | T | Buy | 11/9/17 | J |
| Line 142: Wells Fargo & Co. | E | Dividend | K | T | Buy | 2/7/17 | K |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ Charles P. Kocoras

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544